*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2017-1          *Resuelto:* 19 de mayo de 2017

## RESOLUCIÓN

En conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-A, culminada la sesión, se constituyen las siguientes Salas de Verano para funcionar

durante el receso del Tribunal entre el 1 de julio de 2017 al 30 de septiembre de 2017:

*Del 1 de julio al 31 de julio de 2017*
Hon. Maite D. Oronoz Rodríguez, *presidenta*
Hon. Anabelle Rodríguez Rodríguez
Hon. Mildred G. Pabón Charneco

*Del 1 de agosto al 31 de agosto de 2017*
Hon. Roberto Feliberti Cintrón, *presidente*
Hon. Luis F. Estrella Martínez
Hon. Ángel Colón Pérez

*Del 1 de septiembre al 30 de septiembre de 2017*
Hon. Rafael L. Martínez Torres, *presidente*
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García

De ser necesario sustituir a algún Juez o Jueza que no pueda intervenir en algún asunto ante su consideración, se seguirá el procedimiento establecido en la Regla 4(b) del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-A. El Tribunal continuará certificando opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*